19 F.3d 12
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Meir Avraham DUKE, Defendant-Appellant.
 No. 93-7044.
 United States Court of Appeals, Fourth Circuit.
 Submitted Dec. 16, 1993.
Decided March 1, 1994.
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore. Frank A. Kaufman, Senior District Judge. (CR-90-135-K, CA-93-527-K)
 Meir Avraham Duke, appellant pro se.
 Katharine Jacobs Armentrout, Asst. U.S. Atty., Baltimore, MD, for appellee.
 D.Md.
 AFFIRMED.
 Before HALL and NIEMEYER, Circuit Judges, and SPROUSE, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying his 28 U.S.C. Sec. 2255 (1988) motion. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court.* United States v. Duke, No. CR-90-135-K; CA-93-527-K (D. Md. Sept. 13, 1993). Because the appeal is no longer pending, Duke's motion for release pending appeal is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED
 
 
 *
 We grant Duke's motion to enlarge his informal brief